### Christelle E. FORTENBERRY, Appellant,

v.

### BOARD OF EDUCATION OF the HAZELWOOD SCHOOL DISTRICT, Respondent.

### No. ED 102987

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: March 15, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied June 8, 2016

Application for Transfer Denied
August 23, 2016

Richard Joseph Magee, 8000 Maryland Ave., Suite 900, Clayton, MO 63105, Attorney for Appellant.

Cindy Reeds Ormsby, Angela Bullock Gabel, Co–Counsel, Cortzer and Ormsby, LLC, 130 South Bemiston, Suite 602, Clayton, MO 63105, Attorney for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

*ORDER*

PER CURIAM

Christelle E. Fortenberry appeals from the trial court's entry of summary judgment in favor of her employer, the Board of Education of Hazelwood, on her racial discrimination lawsuit. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).